**DISMISS and Opinion Filed September 19, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00796-CV

**RAVEN M. WRIGHT, Appellant**

**V.**

**JAN SEDDIC RISDEN, M.D. AND**
**WOMEN'S HEALTH ASSOCIATES OF RICHARDSON, PLLC, Appellees**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-06098-2019**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Before the Court is the parties' agreed motion to dismiss the appeal with prejudice. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(2).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220796F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

RAVEN M. WRIGHT, Appellant

No. 05-22-00796-CV          V.

JAN SEDDIC RISDEN, M.D., AND
WOMEN'S HEALTH
ASSOCIATES OF RICHARDSON,
PLLC, Appellees

On Appeal from the 380th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 380-06098-
2019.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered September 19, 2022